UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVIS FITNESS STUDIO ONE LLC d/b/a CLUB PILATES MARLBORO; David Wolk d/b/a DMWCP, LLC; and DMWCP2, LLC d/b/a Club Pilates Soysset-Woodbury, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARCH INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:20-cv-10812-SDW-LDW<br><br>Civil Action |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Davis Fitness Studio One LLC d/b/a Club Pilates Marlboro ("Davis Fitness"), David Wolk d/b/a DMWCP, LLC ("Commack"), and DMWCP2, LLC d/b/a Club Pilates Syosset-Woodbury ("Syosset") (collectively, "Plaintiffs"), by and through undersigned counsel, hereby give notice of their voluntary dismissal of this case without prejudice.

Defendant has not answered or moved for summary judgment.

Dated: March 22, 2021

Respectfully submitted,

*/s/ Kelly M. Purcaro*
Kelly M. Purcaro
Evan M. Goldman
**A.Y. STRAUSS LLC**
101 Eisenhower Parkway, Suite 412
Roseland, New Jersey 07068
Tel.: (973) 287-5008
Fax: (973) 226-4104
kpurcaro@aystrauss.com
egoldman@aystraus.com

Amber L. Eck
Robert D. Prine
(*Pro Hac Vice* to be Filed)
**HAEGGQUIST & ECK, LLP**
225 Broadway, Suite 2050
San Diego, CA 92101
Tel.: (619) 342-8000
Fax: (619) 342-7878
ambere@haelaw.com
robertp@haelaw.com

*Counsel for Plaintiff*s *and proposed Class*

SO ORDERED.

*s/Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge
Dated: March 24, 2021

2

## CERTIFICATE OF SERVICE

I, Audra D. Grosso, hereby certify that on March 22, 2021 I caused a copy of the foregoing Notice of Voluntary Dismissal without Prejudice to be service via electronic filing on all counsel of record.

By: /s/ Audra D. Grosso
Audra D. Grosso

Dated: March 22, 2021